# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

140883

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

JENNIFER MASTERS,
         Plaintiff-Appellee,

v

RONALD COMER MASTERS,
         Defendant-Appellant.

SC:  140883
COA:  294801
Macomb CC:  2006-004398-DM

_____/

      On order of the Court, the application for leave to appeal the February 23, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

_____
Clerk

p0830